**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Felipe IBARRA–CALOCA,
Defendant–Appellant.**

**No. 07–10139.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 18, 2008.

Claire Kiehl Lefkowitz, Esq., USTU—Office of the U.S. Attorney Evo A. Deconcini, Tucson, AZ, for Plaintiff–Appellee.

Felipe Ibarra–Caloca, Fcit—Federal Correctional Institution, Francisco Leon, Esq., Tucson, AZ, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Felipe Ibarra–Caloca appeals from his guilty-plea conviction and 60–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ibarra–Caloca's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ibarra–Caloca the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction, and dismiss the appeal of the sentence in light of the valid appeal waiver, *see United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

Conviction **AFFIRMED**; Appeal of sentence **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.